In the Matter of the Transfer Tax upon the Estate of MARTHA POTTER, Deceased.

FREDERICK POTTER, as Executor and Trustee, et al., Appellants; THE COMPTROLLER OF THE STATE OF NEW YORK et al., Respondents.

*Matter of Potter*, 139 App. Div. 905, affirmed.
(Argued September 27, 1910; decided October 11, 1910.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 24, 1910, which affirmed an order of the New York County Surrogate's Court assessing a transfer tax upon the estate of Martha Potter, deceased.

*George N. Whittlesey* and *Stanley W. Dexter* for appellants.

*George M. Judd* and *Edward H. Fallows* for respondents.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.